ENTERED ON DOCKET 2/7/1
PURSUANT TO FRCP 58 &79a

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re:   Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1172 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on February 1st, 2001 (docket #2522), the claims of **Jaime Pagan Ruiz, Jose Pagan Ruiz, Jose A. Pagan Andrade, Hector Ruiz Sotomayor** and **Edgardo Perez Castro** are dismissed without prejudice.  Judgment is hereby entered.

In San Juan, Puerto Rico, this 1st day of February, 2001.

Frances Rios de Moran
Clerk of Court

_____
Deputy Clerk

J. Pérez