ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79a

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
OCT 31 2001
OFFICE-CLERK U.S. DIST. CT.
SAN JUAN, P.R.

In Re:  Rio Piedras Explosion Litigation

CIVIL CASE   96-2443 (CCC)

CIVIL CASE   97-1172 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3080, the claim of **Maria M. Cruz** is dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

Deputy Clerk

